**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No. 1:24-cv-03867-LCJ |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No. 1:24-cv-05582-JRB |

**MOTION OF RICHARD MUNCH FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

Richard Munch ("Munch") respectfully moves this Court for entry of an Order: (i) consolidating the above-captioned related actions; (ii) appointing Munch as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (iii) approving his selection of Glancy Prongay & Murray LLP and Holzer & Holzer, LLC as Co-Lead Counsel and Miller Law LLC as Liaison Counsel for the proposed class; and (iv) granting such other relief as the Court may deem just and proper.

In support of his motion, Munch relies on the accompanying memorandum of law, the following exhibits:

Exhibit A: Press release published May 13, 2024 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: Analysis of Munch's financial interest, as a result of his transactions in Sprout Social, Inc. securities;

Exhibit C: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit D: Firm Resume of Holzer & Holzer, LLC.

Exhibit E: Firm Resume of Miller Law LLC

A proposed order is also submitted herewith.

Munch does not presently know whether this motion will be agreed or opposed. The PSLRA provides that any member of the proposed class may move to be appointed as lead plaintiff within 60 days after publication of the notice of the action. As such, Munch's counsel does not know which class members, if any, will file competing lead plaintiff motions, nor whether the competing movants will agree to or oppose Munch's motion. While other lead plaintiff movants

1

may oppose this motion under the PSLRA, Defendants do not have a right granted by the PSLRA to oppose this motion.

Dated: July 12, 2024                                    Respectfully submitted,

                                                       By: s/ *Lori A. Fanning*
                                                       Lori A. Fanning
                                                       Marvin A. Miller
                                                       **MILLER LAW LLC**
                                                       53 W. Jackson Blvd., Suite 1320
                                                       Chicago, IL 60604-4174
                                                       Telephone: (312) 332-3400
                                                       lfanning@millerlawllc.com
                                                       mmiller@millerlawllc.com

                                                       *Counsel for Richard Munch and Proposed Liaison Counsel for the Class*

                                                       **GLANCY PRONGAY & MURRAY LLP**
                                                       Robert V. Prongay
                                                       Charles H. Linehan
                                                       Pavithra Rajesh
                                                       1925 Century Park East, Suite 2100
                                                       Los Angeles, CA 90067
                                                       Telephone: (310) 201-9150
                                                       Facsimile: (310) 201-9160

                                                       **HOLZER & HOLZER, LLC**
                                                       Corey D. Holzer
                                                       211 Perimeter Center Parkway, Suite 1010
                                                       Atlanta, Georgia 30346
                                                       Telephone: (770) 392-0090
                                                       Facsimile: (770) 392-0029

                                                       *Counsel for Richard Munch and Proposed Co-Lead Counsel for the Class*

2