# EXHIBIT B

## Financial Interest Analysis

**Company Name:** Sprout Social, Inc.
**Ticker:** SPT
**Class Period:** November 2, 2023 to May 2, 2024
**Name:** Richard Munch

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/29/2023 | 550 | $63.75 | -$35,062.5000 | | $0.0000 | -$35,062.50 |
| 1/11/2024 | 100 | $57.99 | -$5,799.0000 | | $0.0000 | -$5,799.00 |
| 1/25/2024 | 77 | $64.41 | -$4,959.5700 | | $0.0000 | -$4,959.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **727** | | | | **Subtotal:** | **-$45,821.07** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $23,719.89 |
| | | | $32.6271 | 727 | **Total:** | **-$22,101.18** |

Notes.
The 90-Day Average Price used in this loss chart is the average closing price between May 3, 2024 and July 12, 2024.