UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUT SOCIAL, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:24-cv-03867<br><br>Judge Lindsay C. Jenkins<br><br><u>CLASS ACTION</u> |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPROUT SOCIAL, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:24-cv-05582<br><br>Judge John Robert Blakey<br><br><u>CLASS ACTION</u> |

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4884-0930-8623.v1

Michigan Laborers' Pension Fund and City of Warren Police and Fire Retirement System and Health Benefits Plan VEBA Trust (the "Michigan Pension Funds") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a), consolidating the above-captioned related securities class actions, appointing the Michigan Pension Funds as Lead Plaintiff, and approving their selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class.[1]  In support of this Motion, the Michigan Pension Funds submit a memorandum of law, a proposed order (submitted to the Court's proposed order inbox), and true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published on *Business Wire* on May 13, 2024;

Exhibit B:    The Michigan Pension Funds' Sworn Certifications;

Exhibit C:    Estimate of the Michigan Pension Funds' losses, prepared by counsel; and

Exhibit D:    The Michigan Pension Funds' Joint Declaration.

DATED:  July 12, 2024                    Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS (ILND-GB-5711)


                                    s/ Danielle S. Myers
                                    DANIELLE S. MYERS

---

[1]    Counsel for the Michigan Pension Funds are aware of this Court's requirement that "counsel must confer prior to the filing of all motions and include an agreed briefing schedule with the motion if at all possible." Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), the Michigan Pension Funds cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on July 12, 2024.  Accordingly, the Michigan Pension Funds' counsel respectfully requests that compliance with the meet and confer requirements be waived due to the fact that the Michigan Pension Funds cannot confer with unknown movants.

4884-0930-8623.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP (Firm No. 56028)
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  630/696-4107
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
tmichaud@vmtlaw.com

WATKINS, PAWLICK, CALATI & PRIFTI, PC
LAUREN CRUMMEL
1423 E. Twelve Mile Road
Madison Heights, MI  48071
Telephone:  248/658-0797
lcrummel@wpcplaw.com

Additional Counsel

- 2 -