# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Michigan Laborers' Pension Fund ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Parot v. Clarivate plc,* No. 1:22-cv-00394 (E.D.N.Y.)
*Soderberg v. Apellis Pharmaceuticals, Inc.,* No. 1:23-cv-00834 (D. Del.)

(b)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Coleman v. Charles River Laboratories International, Inc.*, No. 1:23-cv-11132 (D. Mass.)
*In re UiPath, Inc. Sec. Litig.,* No. 1:23-cv-07908 (S.D.N.Y.)
*In re Paycom Software, Inc. Sec. Litig.,* No. 5:23-cv-01019 (W.D. Okla.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such

SPROUT SOCIAL

reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___12___ day of July, 2024.

Michigan Laborers' Pension Fund

By: _____
Alex Zurek, Chairman

By: _____
Robert Coppersmith, Secretary

- 2 -

SPROUT SOCIAL

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/01/2021 | 1,115 | $98.63 |
| 01/06/2022 | 1,491 | $73.35 |
| 05/26/2022 | 889 | $47.44 |
| 04/12/2023 | 1,648 | $52.32 |
| 08/17/2023 | 1,785 | $45.12 |

Prices listed are rounded to two decimal places.

*Opening position of 1,417 shares.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Warren Police and Fire Retirement System ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.     (a)     Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Ryan v. FIGS, Inc.*, No. 2:22-cv-07939 (C.D. Cal.)
*Waswick v. Torrid Holdings Inc.*, No. 2:22-cv-08375 (C.D. Cal.)
*Zornberg v. NAPCO Security Technologies, Inc.*, No. 1:23-cv-06465 (E.D.N.Y.)

(b)     Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Collinsville Police Pension Board v. Discovery, Inc.*, No. 1:22-cv-08171 (S.D.N.Y.))
*Schaeffer v. Signature Bank*, No. 1:23-cv-01921 (E.D.N.Y.)

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

SPROUT SOCIAL

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2024.

City of Warren Police and Fire Retirement System

By: _Scott A. Salyem_____

Its: _Chairman_____

- 2 -

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/22/2022 | 1,461 | $57.00 |
| 12/22/2022 | 1,481 | $57.00 |
| 12/23/2022 | 334 | $55.52 |
| 12/23/2022 | 382 | $55.52 |
| 12/30/2022 | 3 | $55.74 |
| 09/01/2023 | 321 | $53.19 |
| 09/01/2023 | 505 | $53.19 |
| 10/06/2023 | 194 | $48.75 |
| 10/13/2023 | 99 | $49.00 |
| 10/13/2023 | 162 | $49.00 |
| 11/13/2023 | 79 | $47.71 |
| 11/13/2023 | 208 | $47.84 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 01/17/2023 | 220 | $58.83 |
| 03/10/2023 | 163 | $57.80 |
| 03/10/2023 | 328 | $57.80 |

Prices listed are rounded to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

City of Warren Police and Fire Health Benefits Plan VEBA Trust ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2024.

City of Warren Police and Fire Health
Benefits Plan VEBA Trust

By: _Scott D. Salyers_

Its: _Chairman_

SPROUT SOCIAL

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/06/2023 | 844 | $62.12 |
| 02/07/2023 | 125 | $61.20 |
| 09/01/2023 | 308 | $53.19 |
| 10/06/2023 | 125 | $48.75 |
| 10/13/2023 | 100 | $49.00 |
| 11/13/2023 | 49 | $47.71 |
| 11/13/2023 | 128 | $47.84 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 03/10/2023 | 202 | $57.80 |

Prices listed are rounded to two decimal places.