# EXHIBIT C

Movants' Purchases and Losses

Class Period: 11/03/2021 - 05/02/2024

Sprout Social, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Michigan Laborers' Pension Fund** | 12/01/2021 | 1,115 | $98.63 | $109,969.22 | 05/03/2024 | 1,500 | $32.46 | $48,682.80 | |
| | 01/06/2022 | 1,491 | $73.35 | $109,367.24 | 05/08/2024 | 5,428 | $27.77 | $150,749.13 | |
| | 05/26/2022 | 889 | $47.44 | $42,170.43 | | | | | |
| | 04/12/2023 | 1,648 | $52.32 | $86,226.49 | | | | | |
| | 08/17/2023 | 1,785 | $45.12 | $80,539.56 | | | | | |
| | | **6,928** | | **$428,272.93** | | **6,928** | | **$199,431.93** | **($228,841.00)** |
| **City of Warren Police and Fire Retirement System** | 12/22/2022 | 1,461 | $57.00 | $83,274.52 | 01/17/2023 | 220 | $58.83 | $12,943.68 | |
| | 12/22/2022 | 1,481 | $57.00 | $84,414.48 | 03/10/2023 | 163 | $57.80 | $9,421.77 | |
| | 12/23/2022 | 334 | $55.52 | $18,543.58 | 03/10/2023 | 328 | $57.80 | $18,959.15 | |
| | 12/23/2022 | 382 | $55.52 | $21,208.53 | 05/03/2024 | 435 | $30.06 | $13,076.71 | |
| | 12/30/2022 | 3 | $55.74 | $167.23 | 05/03/2024 | 491 | $30.06 | $14,760.15 | |
| | 09/01/2023 | 321 | $53.19 | $17,074.12 | 05/03/2024 | 1,688 | $31.91 | $53,870.66 | |
| | 09/01/2023 | 505 | $53.19 | $26,861.15 | 05/03/2024 | 1,904 | $31.91 | $60,764.07 | |
| | 10/06/2023 | 194 | $48.75 | $9,457.33 | | | | | |
| | 10/13/2023 | 99 | $49.00 | $4,851.35 | | | | | |
| | 10/13/2023 | 162 | $49.00 | $7,938.57 | | | | | |
| | 11/13/2023 | 79 | $47.71 | $3,768.70 | | | | | |
| | 11/13/2023 | 208 | $47.84 | $9,950.03 | | | | | |
| | | **5,229** | | **$287,509.57** | | **5,229** | | **$183,796.19** | **($103,713.38)** |
| **City of Warren Police and Fire Health Benefits Plan VEBA Trust** | 02/06/2023 | 844 | $62.12 | $52,427.93 | 03/10/2023 | 202 | $57.80 | $11,676.06 | |
| | 02/07/2023 | 125 | $61.20 | $7,650.00 | 05/03/2024 | 302 | $30.06 | $9,078.54 | |
| | 09/01/2023 | 308 | $53.19 | $16,382.64 | 05/03/2024 | 1,175 | $31.91 | $37,498.83 | |
| | 10/06/2023 | 125 | $48.75 | $6,093.64 | | | | | |
| | 10/13/2023 | 100 | $49.00 | $4,900.35 | | | | | |
| | 11/13/2023 | 49 | $47.71 | $2,337.55 | | | | | |
| | 11/13/2023 | 128 | $47.84 | $6,123.10 | | | | | |
| | | **1,679** | | **$95,915.20** | | **1,679** | | **$58,253.44** | **($37,661.76)** |
| **Movants' Total** | | **13,836** | | **$811,697.70** | | **13,836** | | **$441,481.56** | **($370,216.14)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $32.52 as of July 10, 2024 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.