# EXHIBIT D

JOINT DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

We, the representatives of the Michigan Laborers' Pension Fund and City of Warren Police and Fire Retirement System and Health Benefits Plan VEBA Trust (collectively, the "Michigan Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1.    We respectfully submit this joint declaration in support of the Michigan Pension Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). We each have personal knowledge about the information in this joint declaration relating to our own activities, actions, and beliefs.

2.    I, Alexander Zurek, am the Chairman of the Michigan Laborers' Pension Fund and am authorized to make this declaration on the Pension Fund's behalf. The Pension Fund is a multi-employer defined benefit plan with over $1 billion in assets under management providing benefits to over 25,000 participants and beneficiaries. As reflected in its Certification, the Pension Fund purchased Sprout Social, Inc. common stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in the related actions.

3.    I, Scott Salyers, am the Chairman of City of Warren Police and Fire Retirement System and Health Benefits Plan VEBA Trust and am authorized to make this declaration on the Warren Plans' behalf. The Warren Plans are defined benefit plans with approximately $450 million in combined assets under management providing benefits to over 1,000 combined participants and beneficiaries. As reflected in its Certification, the Warren Plans purchased Sprout Social common stock during the Class Period and suffered a substantial loss as a result of the alleged violations of the federal securities laws in the related actions.

4861-7184-8911.v1

4.      As institutional investors that suffered substantial losses in connection with purchases of Sprout Social stock throughout the Class Period, the Michigan Pension Funds agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case. Our decision was based on the fact that we have complementary investment patterns in Sprout Social stock throughout the Class Period, we are like-minded Michigan-based funds, and we have selected a law firm (Robbins Geller Rudman & Dowd LLP) with offices in this District and a demonstrated ability to successfully try federal securities class action cases to prosecute this case on behalf of the class.

5.      Before filing our joint motion, we conferred about our leadership and oversight of this litigation. We considered, among other things, the strategy to jointly prosecution the case, the strengths of seeking appointment together as institutional investors with substantial losses suffered throughout the duration of the Class Period, the lead plaintiff's responsibilities, our joint oversight of counsel, and the lead plaintiff motion process.

6.      If appointed lead plaintiff, we will confer as often and regularly as necessary throughout the litigation to ensure responsible oversight and prosecution of this case.

7.      We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation. Based on our prior service as lead plaintiff in federal securities cases, we are aware of the requirements and responsibilities of being a lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, participating in discovery (including having our depositions taken and providing evidence relating to our investments in Sprout Social stock), participating in settlement discussions, attending trial, if necessary, and authorizing any potential settlement on behalf of the

4861-7184-8911.v1

class as well as approving any attorneys' fee and cost requests by counsel. We are willing to undertake these responsibilities on behalf of the class.

8.  We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as lead counsel based on the firm's extensive securities litigation experience in this Court and around the country, the firm's office in the District this case is pending in, the firm's ability to independently finance the case to trial if necessary, and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

9.  We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

10. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Alexander Zurek, declare under penalty of perjury that the foregoing is true and correct as to the Michigan Laborers' Pension Fund. Executed on July __07/11__, 2024.

DocuSigned by:

*ALEXANDER ZUREK*

C7071B07B2A7430...

MICHIGAN LABORERS' PENSION FUND
By: Alexander Zurek
Its: Chairman

I, Scott Salyers, declare under penalty of perjury that the foregoing is true and correct as to the City of Warren Police and Fire Retirement System and health Benefits Plan VEBA Trust. Executed on July __, 2024.

CITY OF WARREN POLICE AND FIRE
RETIREMENT SYSTEM AND HEALTH
BENEFITS PLAN VEBA TRUST
By: Scott Salyers
Its: Chairman

4861-7184-8911.v1

class as well as approving any attorneys' fee and cost requests by counsel. We are willing to undertake these responsibilities on behalf of the class.

8. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as lead counsel based on the firm's extensive securities litigation experience in this Court and around the country, the firm's office in the District this case is pending in, the firm's ability to independently finance the case to trial if necessary, and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

9. We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

10. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Alexander Zurek, declare under penalty of perjury that the foregoing is true and correct as to the Michigan Laborers' Pension Fund. Executed on July __, 2024.

_____
MICHIGAN LABORERS' PENSION FUND
By: Alexander Zurek
Its: Chairman

I, Scott Salyers, declare under penalty of perjury that the foregoing is true and correct as to the City of Warren Police and Fire Retirement System and health Benefits Plan VEBA Trust. Executed on July 12, 2024.

_____
CITY OF WARREN POLICE AND FIRE
RETIREMENT SYSTEM AND HEALTH
BENEFITS PLAN VEBA TRUST
By: Scott Salyers
Its: Chairman

4861-7184-8911.v1