**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO, <br><br> Defendants. | Case No.: 1:24-cv-03867 <br><br> Hon. Lindsay C. Jenkins <br><br> <u>CLASS ACTION</u> |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO, <br><br> Defendants. | Case No.: 1:24-cv-05582 <br><br> Hon. John Robert Blakey <br><br> <u>CLASS ACTION</u> |

**MOTION BY THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

Movant, the Employees' Retirement System of the City of Baltimore ("Baltimore Employees"), hereby respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for an Order: (1) consolidating the above-captioned, related actions; (2) appointing Baltimore Employees as Lead Plaintiff; (3) approving its selection of Saxena White P.A. ("Saxena White") to serve as Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Liaison Counsel for the Class; and (4) granting any such other and further relief as the Court may deem just and proper.[1] Baltimore Employees' Motion is based upon this Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Carol V. Gilden filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto as Exhibit A.

WHEREFORE, Baltimore Employees respectfully requests that the Court: (1) consolidate the above-captioned related actions; (2) appoint it as Lead Plaintiff for the Class pursuant to the PSLRA; (3) approve its selection of Saxena White to serve as Lead Counsel and Cohen Milstein to serve as Liaison Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

## REQUEST FOR LEAVE FROM COURT'S CASE PROCEDURES

Undersigned counsel states that the lead plaintiff appointment process established by the PSLRA makes it impossible to confer with all parties or non-parties who may be affected by the

---

[1] Baltimore Employees is filing its motion before both Courts as the second-filed action, *City of Hollywood Police Officers' Retirement System v. Sprout Social, Inc.*, No. 1:24-cv-05582 (N.D. Ill.), has not yet been reassigned.

1

relief sought by the herein motion. Under the rules of the PSLRA, any person wishing to serve as Lead Plaintiff must file a motion within sixty days of notice of the first class action being published. At the date and time of filing, the sixty-day period had not yet expired, and therefore all Lead Plaintiff movants (those who will be affected by the relief requested herein) are presently unknown. Accordingly, Baltimore Employees requests leave from the Court's Case Procedures requiring a conference with opposing parties before the filing of a motion.

Dated: July 12, 2024

Respectfully submitted,

*/s/ Carol V. Gilden*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Lester R. Hooker (Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

Rachel A. Avan (*pro hac vice* forthcoming)
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ravan@saxenawhite.com
mduenas@saxenawhite.com

*Counsel for the Employees' Retirement System*
*of the City of Baltimore, and Proposed*
*Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 12, 2024, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all

registered users.

*/s/ Carol V. Gilden*
Carol V. Gilden (Bar No. 6185530)
