**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>    Defendants. | Case No.: 1:24-cv-03867<br><br>Hon. Lindsay C. Jenkins<br><br><u>CLASS ACTION</u> |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>    Defendants. | Case No.: 1:24-cv-05582<br><br>Hon. John Robert Blakey<br><br><u>CLASS ACTION</u> |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF THE MOTION OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF BALTIMORE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Carol V. Gilden, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of Illinois and this Court.  I am a partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Liaison Counsel for Movant and proposed Lead Plaintiff the Employees' Retirement System of the City of Baltimore ("Baltimore Employees") and proposed Liaison Counsel for the Class in the above-captioned actions.  I submit this declaration in support of the Motion of Baltimore Employees for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| EXHIBIT A: | Baltimore Employees' sworn certification, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2); |
| EXHIBIT B: | A chart reflecting Baltimore Employees' transactions and estimated losses; |
| EXHIBIT C: | Notice of pendency of the class action *Munch v. Sprout Social, Inc.*, No. 1:24-cv-03867 (N.D. Ill.), published on *BusinessWire* on May 13, 2024; |
| EXHIBIT D: | Notice of pendency of the class action *City of Hollywood Police Officers' Retirement System v. Sprout Social, Inc.*, No. 1:24-cv-05582 (N.D. Ill.), published on *GlobeNewswire* on July 2, 2024; |
| EXHIBIT E: | Firm resume of Saxena White P.A.; and |
| EXHIBIT F: | Firm resume of Cohen Milstein. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 12th day of July 2024, in Chicago, Illinois.

*/s/ Carol V. Gilden*
Carol V. Gilden

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

*/s/ Carol V. Gilden*
Carol V. Gilden