EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, David A. Randall, on behalf of the Employees' Retirement System of the City of Baltimore ("Baltimore Employees"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against Sprout Social, Inc. ("Sprout Social") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Baltimore Employees to initiate litigation and to execute this Certification on behalf of Baltimore Employees. I have authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related actions on behalf of Baltimore Employees.

2. Baltimore Employees did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Baltimore Employees is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Baltimore Employees' transactions in Sprout Social securities during the Class Period are set forth in the attached Schedule A.

5. Baltimore Employees has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Baltimore Employees has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *Akhras v. SSR Mining Inc.*, No. 1:24-cv-00739 (D. Colo.); and
   *Allison v. Oak Street Health, Inc.*, No. 1:22-cv-00149 (N.D. Ill.).

7. Baltimore Employees will not accept any payment for serving as a representative party on behalf of the Class beyond Baltimore Employees' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10th_ day of July, 2024.

Employees' Retirement System of the City of Baltimore

David A. Randall, Executive Director

2

## SCHEDULE A
### Employees' Retirement System of the City of Baltimore
### Transactions in Sprout Social, Inc.

| Common Stock Purchases | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 12/06/21 | 3,366 | $92.6962 |
| 12/22/21 | 2,548 | $93.3809 |
| 02/07/22 | 2,297 | $69.8730 |
| 03/15/22 | 2,156 | $59.2483 |
| 04/14/23 | 4,138 | $51.5008 |
| 05/04/23 | 4,944 | $41.4134 |
| 08/09/23 | 3,497 | $45.0304 |

| Common Stock Sales | | |
|---|---|---|
| **Date** | **Shares** | **Price** |
| 07/17/23 | 2,594 | $55.5700 |
| 09/22/23 | 1,582 | $48.7630 |
| 02/27/24 | 1,552 | $62.4942 |

3