# EXHIBIT B

**Sprout Social, Inc.**
**Employees' Retirement System of the City of Baltimore**
Class Period: 11/03/21 to 05/02/24
Lookback Price: $32.6271 (05/03/24 - 07/12/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| Purchase | 12/06/21 | 3,366 | $92.6962 | $312,015.41 | Sale | 07/17/23 | 2,594 | $55.5700 | $144,148.58 |
| Purchase | 12/22/21 | 2,548 | $93.3809 | $237,934.53 | Sale | 09/22/23 | 1,582 | $48.7630 | $77,143.07 |
| Purchase | 02/07/22 | 2,297 | $69.8730 | $160,498.28 | Sale | 02/27/24 | 1,552 | $62.4942 | $96,991.00 |
| Purchase | 03/15/22 | 2,156 | $59.2483 | $127,739.33 | Sale* | 05/03/24 | 6,217 | $30.4566 | $189,348.68 |
| Purchase | 04/14/23 | 4,138 | $51.5008 | $213,110.31 | Sale* | 05/09/24 | 11,001 | $27.9195 | $307,142.42 |
| Purchase | 05/04/23 | 4,944 | $41.4134 | $204,747.85 | | | | | |
| Purchase | 08/09/23 | 3,497 | $45.0304 | $157,471.31 | Retained | | 0 | $32.6271 | $0.00 |
| | | **22,946** | | **$1,413,517.02** | | | **22,946** | | **$814,773.74** |

**LIFO Gain/(Loss) for Employees' Retirement System of the City of Baltimore:** **($598,743.27)**

*\* Post Class Period sale; uses the higher of the actual sale price vs. average price from end of Class Period through sale date.*