**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:24-cv-03867 |
| Plaintiff, | Hon. Lindsay C. Jenkins |
| v. | <u>CLASS ACTION</u> |
| SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO, | |
| Defendants. | |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | Case No.: 1:24-cv-05582 |
| Plaintiff, | Hon. John Robert Blakey |
| v. | <u>CLASS ACTION</u> |
| SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO, | |
| Defendants. | |

**PLAINTIFF CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM'S**
**<u>UNOPPOSED MOTION FOR REASSIGNMENT OF CASE AS RELATED</u>**

Pursuant to Local Rule 40.4 of this Court, Plaintiff City of Hollywood Police Officers' Retirement System ("Hollywood Police"), in the above-captioned action styled *City of Hollywood Police Officers' Retirement System v. Sprout Social, Inc., et al.*, No. 1:24-cv-05582, pending before the Honorable John Robert Blakey (the "*Hollywood Police* Action"), by and through their undersigned counsel, hereby moves to: (a) designate the *Hollywood Police* Action as related to the following action, which is ongoing before the Honorable Lindsay C. Jenkins: *Munch v. Sprout Social, Inc., et al.*, No. 1:24-cv-03867 (the "*Munch* Action"); and (b) reassign the *Hollywood Police* Action to this Court. In support of this unopposed motion, Hollywood Police states the following:

## PROCEDURAL HISTORY

1.      On May 13, 2024, the *Munch* Action was filed and, on that same day, was assigned to this Court (*see Munch* Action, ECF No. 1). A true and correct copy of the *Munch* Action complaint is attached as Exhibit A.

2.      On July 2, 2024, the *Hollywood Police* Action was filed and assigned to the Honorable John Robert Blakey (*see Hollywood Police* Action, ECF No. 1). A true and correct copy of the *Hollywood Police* Action complaint is attached as Exhibit B.

## ARGUMENT

3.      Pursuant to Local Rule 40.4(a), a civil action may be related to another when, as relevant here: "(1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; [or] (3) the cases grow out of the same transaction or occurrence."

4.      Pursuant to Local Rule 40.4(b), a case may be reassigned to another judge if it is found to be related to an earlier-numbered case before that judge and: "(1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where

1

designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."

5. Here, the *Hollywood Police* Action is related to the *Munch* Action because the underlying allegations and claims asserted in each involve many substantially similar issues of fact and law and are predicated on many of the same or substantially similar transactions or occurrences. Namely, the *Hollywood Police* Action and the *Munch* Action both allege that Sprout Social, Inc. ("Sprout Social") and certain of its officers violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5) by issuing false and misleading statements and failing to disclose material facts regarding, among other things, Sprout Social's ability to sell its software to enterprise customers and its ability to execute on its go-to-market strategies for enterprise customers.

6. The *Hollywood Police* Action should be reassigned to the same judge as the *Munch* Action because these actions are susceptible to disposition within a single proceeding, owing to how they both involve overlapping and similar legal claims and underlying misconduct, as described above. Further, neither of the Actions has progressed beyond the filing of the complaints and steps taken to deem them related and reassigned to this Court, with the filing of a Consolidated Complaint to follow the appointment of a lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3); therefore, none has progressed to the point of any ruling that would likely delay proceedings. Additionally, it would benefit and conserve judicial resources to have the Actions before a single judge as they involve similar courses of misconduct, the same defendants, and similar claims. Each of the Actions is pending in the Northern District of Illinois. Accordingly, the *Hollywood Police* Action and the *Munch*

2

Action meet all the criteria under Civil Local Rule 40.4 for the Actions to be related and for the *Hollywood Police* Action to be reassigned to this Court as a related action. *See generally Velocity Patent LLC v. Mercedes-Benz USA, LLC*, No. 13-cv-8413, 2014 WL 1661849 (N.D. Ill. Apr. 24, 2014) (granting Plaintiff's Motion to Reassign on the basis that the cases were related and all conditions of Civil Local Rule 40.4 were met).

7. Prior to filing this motion, counsel for Plaintiffs Hollywood Police conferred with counsel for Plaintiff in the *Munch* Action, as well as counsel for Defendants, who do not oppose the motion.

Dated: July 15, 2024

Respectfully submitted,

*/s/ Carol V. Gilden*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: (312) 629-3737
Fax: (312) 357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Plaintiff City of Hollywood Police Officers' Retirement System*

**SAXENA WHITE P.A.**
Lester R. Hooker (Bar No. 32242)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

Rachel A. Avan (*pro hac vice* forthcoming)
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ravan@saxenawhite.com

3

mduenas@saxenawhite.com

*Counsel for Plaintiff City of Hollywood*
*Police Officers' Retirement System*

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Carol V. Gilden*
Carol V. Gilden (Bar No. 6185530)