**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Richard Munch, et al.

                    Plaintiff,

v.                                    Case No.: 1:24–cv–03867
                                    Honorable Jeffrey I Cummings

Sprout Social, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 12, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants the motion by Movant Employees' Retirement System of the City of Baltimore for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, [15], and it denies the motion by Plaintiff Richard Munch for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Counsel, [10], and the motion by Movants City of Warren Police and Fire Health Benefits Plan VEBA Trust, City of Warren Police and Fire Retirement System, Michigan Laborers' Fund for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel, [13], except to the extent that the Court has previously granted the movants' request for consolidation [19]. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.