**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Richard Munch, et al.

                      Plaintiff,

v.                                 Case No.: 1:24–cv–03867
                                 Honorable Jeffrey I Cummings

Sprout Social, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Two related securities class actions are pending before the Court. Both actions allege a substantially similar, unlawful, and/or fraudulent scheme relating to similar parties, transactions, and events during overlapping time frames. Both actions allege that the same defendants made false and misleading statements regarding Sprout Social's business operations and future prospects. (1) Plaintiff Munch, (2) the Employees' Retirement System of the City of Baltimore, and (3) the City of Warren Police and Fire Health Benefits Plan VEBA Trust, City of Warren Police and Fire Retirement System, Michigan Laborers' Pension Fund each moved for consolidation [10, 13, 15]. Their motions to consolidate were unopposed. Based on the foregoing, and under Rule 42(a), the Court finds consolidation is appropriate. See Fed. R. Civ. P. 42(a) (consolidation is appropriate when actions "involve a common question of law or fact.&quot;t;). The Clerk's Office is instructed to consolidate 24–cv–3867 with 24–cv–5582 for all purposes. Case No. 24–cv–5582 is administratively closed and all future filings shall be made in 24–cv–3867. On or before 1/13/25, the parties shall file a joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." The parties shall also review all of the case management procedures and standing orders available on the Court's website, including the Court's case management procedure for motions to dismiss. The previously set 11/22/24 tracking status hearing is stricken and re−set to 2/14/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.