UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No.: 1:24-cv-03867<br><br>Hon. Jeffrey I. Cummings<br><br>CLASS ACTION |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No.: 1:24-cv-05582<br><br>Hon. Jeffrey I. Cummings<br><br>CLASS ACTION<br><br>Consolidated Cases |

**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Sprout Social, Inc, Justyn Howard, Ryan Barretto, Joe Del Preto, and Jason Rechel (the "Individual Defendants" and collectively the "Defendants"), by and through their attorneys, respectfully request that the Court dismiss, with prejudice, in its entirety, the Consolidated Class Action Complaint filed by Lead Plaintiff Employees' Retirement System of the City of Baltimore for the reasons set forth Memorandum in Support of this motion, filed contemporaneously herewith.

Dated: March 25, 2025

    WINSTON & STRAWN LLP

By: */s/ Dane Drobny*
Dane Drobny
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Email: ddrobny@winston.com

Matthew L. DiRisio (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4686
Email: mdirisio@winston.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Defendants' Motion to Dismiss was filed electronically with the Clerk of the Court and served on all counsel of record via CM/ECF system on March 25, 2025.

By: */s/ Dane Drobny*
Dane Drobny