**EXHIBIT INDEX**

1. February 26, 2020 Q4 2019 Earnings Call Transcript

2. February 27, 2020 Fiscal Year 2019 Form 10-K

3. May 6, 2020 Q1 2020 Earnings Call Transcript

4. August 5, 2020 Q2 2020 Earnings Call Transcript

5. September 22, 2021 Inaugural Investor Day Transcript

6. November 2, 2021 Q3 2021 Earnings Call Transcript

7. February 22, 2022 Q4 2021 Earnings Call Transcript

8. November 9, 2020 Q3 2020 Earnings Call Transcript

9. August 11, 2022 Canaccord Genuity Growth Conference Transcript

10. November 3, 2022 Q3 2022 Earnings Call Transcript

11. G2 Best Software for Enterprise Business for 2024

12. May 2, 2023 Q1 2023 Earnings Call Transcript

13. May 2, 2024 Q1 2024 Earnings Call Transcript

14. February 25, 2025 Q4 2024 Earnings Call Transcript

15. August 3, 2023 Q2 2023 Earnings Call Transcript

16. February 20, 2024 Q4 2023 Earnings Call Transcript

17. November 3, 2023 Williams Blair Report

18. November 3, 2023 Baird Equity Research Report

19. February 21, 2023 Q4 2022 Earnings Call Transcript

20. February 22, 2023 Fiscal Year 2022 Form 10-K

21. February 23, 2024 Fiscal Year 2023 Form 10-K

22. February 25, 2025 Q4 2024 Earnings Call Transcript

23. November 7, 2024 Q3 2024 Earnings Call Transcript

24. August 1, 2024 Q2 2024 Earnings Call Transcript

25. November 2, 2023 Q3 2023 Earnings Call Transcript

26. December 7, 2021 Barclays Global Technology, Media, and Telecommunications Conference Transcript

27. January 12, 2022 Annual Needham Virtual Growth Conference Transcript

28. December 7, 2022 Barclays Global Technology, Media, and Telecommunications Conference Transcript

29. June 9, 2022 Stifel Cross Sector Insight Conference Transcript

30. February 24, 2021 Fiscal Year 2020 Form 10-K

31. February 23, 2022 Fiscal Year 2021 Form 10-K

32. February 26, 2025 Fiscal Year 2024 Form 10-K

33. June 7, 2022 William Blair 42nd Annual Growth Stock Conference Transcript

34. August 9, 2022 KeyBanc Capital Market Technology Leadership Forum Transcript

35. The Razor Report, April 4, 2023

36. September 27, 2023 Sprout Investor Day Transcript

37. Barretto 10b5-1 Trading Plans (2021–2024)

38. Howard 10b5-1 Trading Plans (2021, 2021 & 2024)

39. April 15, 2024 Form 8-K

40. September 13, 2023 Form 8-K

41. March 6, 2024 KeyBanc Emerging Technology Summit Transcript

42. Exemplar SEC Form 4s Preceding the Class Period

43. Barretto Form 4 Comparison of Trades Before and After Class Period

44. Howard Form 4 Comparison of Trades Before and After Class Period