**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>               v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>             Defendants. | Case No.: 1:24-cv-03867<br><br>Hon. Jeffrey I. Cummings<br><br><u>CLASS ACTION</u> |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>             v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>             Defendants. | Case No.: 1:24-cv-05582<br><br>Hon. Jeffrey I. Cummings<br><br><u>CLASS ACTION</u><br><br>Consolidated Cases |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

NOW COME Defendants Sprout Social, Inc. ("Sprout"), Justyn Howard, Ryan Barretto, Joe Del Preto, and Jason Rechel (the "Individual Defendants" and collectively the "Defendants"), by and through their attorneys, and with Plaintiffs' agreement, respectfully requesting leave to file an Amended Memorandum in Support of Defendants' Motion to Dismiss.

1. On March 25, 2025, pursuant to this Court's briefing schedule (ECF No. 35), Defendants filed their Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 47) accompanied by the Memorandum in Support of Defendants' Motion to Dismiss (ECF No. 48, the "Brief").

2. Following this filing, counsel for Defendants determined that certain citations were wrong in a single section of the Brief. The Amended Memorandum in Support of Defendants' Motion to Dismiss either deletes those citations or corrects the parentheticals and updates the table of authorities; it is attached as Exhibit 1. No other changes to the Brief have been made, and a redline against the original Brief is attached as Exhibit 2.

3. Defendants' counsel consulted with Plaintiffs' counsel on this Motion for Leave, who have agreed to the filing of the Amended Memorandum in Support of Defendants' Motion to Dismiss.

4. WHEREFORE, Defendants respectfully request leave to file the Amended Memorandum in Support of Defendants' Motion to Dismiss.

Dated: March 31, 2025

                                                                                       WINSTON & STRAWN LLP

                                                                                       By: */s/ Dane Drobny*
                                                                                      Dane Drobny
                                                                                      35 West Wacker Drive
                                                                                      Chicago, IL 60601-9703
                                                                                      Telephone: (312) 558-5600
                                                                                      Email: ddrobny@winston.com

Matthew L. DiRisio (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4686
Email: mdirisio@winston.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Unopposed Motion for Leave to File an Amended Memorandum in Support of Defendants' Motion to Dismiss was filed electronically with the Clerk of the Court and served on all counsel of record via CM/ECF system on March 31, 2025.

*/s/ Dane Drobny*
Dane Drobny
