# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Richard Munch, et al.
                                    Plaintiff,

v.                                                                Case No.: 1:24–cv–03867
                                                                Honorable Jeffrey I Cummings

Sprout Social, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion for leave to file excess pages [52] is granted. Plaintiff's brief in response to the motion to dismiss shall not exceed 50 pages. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.