UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Richard Munch, et al.
                Plaintiff,

v.                                      Case No.: 1:24–cv–03867
                                              Honorable Jeffrey I Cummings

Sprout Social, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

        MINUTE entry before the Honorable Jeffrey I Cummings: Defendants' motion to dismiss remains under advisement. Accordingly, the previously set 9/26/25 tracking status hearing is stricken and reset to 12/19/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.