**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Richard Munch, et al.
Plaintiff,
v.
Sprout Social, Inc., et al.
Defendant.

Case No.: 1:24−cv−03867
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: For the reasons set forth in the accompanying Memorandum Opinion and Order, the Court denies defendants' motion to dismiss [47]. Defendants are ordered to answer by October 27, 2026. The stay on discovery is lifted. By November 10, 2026, the parties shall file a joint status report setting forth a proposed schedule for the completion of fact and expert discovery and providing an update on the status of their settlement negotiations. An in−person status hearing is set for November 19, 2026 at 11:00 a.m. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.