**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD MUNCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No.: 1:24-cv-03867<br><br>Hon. Jeffrey I. Cummings<br><br>CLASS ACTION |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT SOCIAL, INC., JUSTYN HOWARD, RYAN BARRETTO, and JOE DEL PRETO,<br><br>Defendants. | Case No.: 1:24-cv-05582<br><br>Hon. Jeffrey I. Cummings<br><br>CLASS ACTION<br><br>Consolidated Cases<br><br>**AGREED MOTION FOR EXTENSION** |

Defendants Sprout Social, Inc., Justyn Howard, Ryan Barretto, and Joe Del Preto (the "Defendants"), through their undersigned counsel, respectfully move this Court for an extension of time to answer or otherwise respond to Lead Plaintiff's Operative Complaint. Lead Plaintiff has agreed to the extension requested by the Defendants. In support of this Motion, the Defendants state as follows:

1. Lead Plaintiff Richard Munch ("Munch") filed a class action complaint in this matter on May 13, 2024 (the "Munch Action"). Dkt. 1.

2. On July 2, 2024, Plaintiff City of Hollywood Police Officers' Retirement system filed a separate class action complaint (Case. No. 24-cv-5582, Dkt. 1) against the same Defendants as in the Munch Action.

3. On July 17, 2024, the two actions were consolidated and on July 25, 2024, the consolidated case was reassigned to this Court. Dkt. 19, 20.

4. On January 24, 2025, Lead Plaintiff filed his consolidated class action complaint (the "Operative Complaint") in this case. Dkt. 40.

5. Defendants moved to dismiss the Operative Complaint on March 25, 2025. After Lead Plaintiff filed his Opposition on May 23 and Defendants their reply on July 17, 2025, the motion went under advisement before the Court. Dkt. 47, 53, 57.

6. On October 6, 2026, the Court issued a Memorandum Opinion and Order denying Defendants' motion to dismiss. Dkt. 65. In an accompanying Minute Order, the Court ordered Defendants to answer the Operative Complaint by October 27, 2026. Dkt. 64. The Court simultaneously lifted the stay on discovery, ordered the parties to file a joint status report on discovery, and set an in-person status hearing date before the Court on November 19, 2026. *Id.*

7. The Defendants respectfully request that this Court extend the time in which the Defendants must respond to the Operative complaint by forty-five days, or up to and including December 11, 2026.

8. On October 11, 2026, counsel for Lead Plaintiff informed counsel for the Defendants that Lead Plaintiff agrees to this requested extension.

9. This is the Defendants' first request for an extension of time to answer or otherwise respond to the complaint.

10. No party to this action will be prejudiced by the requested extension, which has not been brought for the purposes of delay.

WHEREFORE, for the reasons stated above, the Defendants respectfully request that this Court enter an order allowing the Company until December 11, 2026, to answer or otherwise respond to Operative Complaint.

Dated: October 14, 2026

/s/ *Dane Drobny*
**WINSTON TAYLOR LLP**
Dane Drobny
300 N. LaSalle Dr.
Chicago, IL 60654
Telephone: (312) 558-5600
Dane.Drobny@winstontaylor.com

Matthew DiRisio (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
matthew.dirisio@winstontaylor.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I electronically filed the foregoing document with the clerk of the court using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

*/s/ Dane Drobny*